This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-37981**

**STATE OF NEW MEXICO,**

      Plaintiff-Appellee,

v.

**TOMMY HERBURGER,**

      Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**T. Glenn Ellington, District Judge**

Hector H. Balderas, Attorney General
Maris Veidemanis, Assistant Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM

for Appellant

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Defendant appeals his convictions for aggravated assault with a deadly weapon (firearm) and shooting at or from a motor vehicle. This Court issued a notice of proposed disposition, proposing to summarily reverse and remand to the district court. The State filed a response to our calendar notice, stating that it "will not be filing a memorandum in opposition[.]" Accordingly, and for the reasons stated in our notice of proposed disposition, we reverse and remand for further proceedings consistent with our calendar notice.

**{2}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**BRIANA H. ZAMORA, Judge**